UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cv-02513-RLY-DML |
| | ) | |
| INDIANA SUPREME COURT, | ) | |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

Today, the court granted the Defendant's Motion to Dismiss. Accordingly, the court enters judgment in favor of the Defendant and against the Plaintiff, Andrew U.D. Straw.

**SO ORDERED** this 11th day of December 2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record.

Copy to Plaintiff via U.S. Mail:

Andrew U.D. Straw
1900 E. Golf Road
Suite 950A
Schaumburg, IL 60173

1